**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

|  |  |
|---|---|
| ROTHY'S, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JKM TECHNOLOGIES, LLC, et al.<br><br>　　　　　　　Defendants. | Civil Action No.: 3:18CV00067-MFU-JCH |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Rothy's, Inc. ("Rothy's") and Defendants JKM Technologies, LLC, et al. ("Defendants")(collectively the "Parties"), by counsel, hereby move the Court for entry of the Consent Decree attached hereto as Exhibit A.  In support of this Motion, the Parties state as follows:

1.  Rothy's commenced litigation in this Court over Defendants' sale of a footwear design called The Dream Flat (the "Accused Style") as defined and depicted in the case styled *Rothy's, Inc. v. JKM Technologies, LLC d/b/a OESH Shoes and Dr. Casey Kerrigan, C.A. No. 3:18cv00067* (the "Litigation").  OESH and Kerrigan timely answered the Complaint and asserted counterclaims against Rothy's in the Litigation.

2.  The Parties have resolved the claims in the Litigation through a Confidential Settlement Agreement dated September 13, 2019 (the "Settlement Agreement").  Pursuant to that Settlement Agreement, Defendants have agreed to the entry of the Consent Decree attached to this Joint Motion as Exhibit A.

3.  Accordingly, the Parties jointly move this Court for entry of the agreed Consent Decree attached hereto as Exhibit A.

Dated:  September 13, 2019

Respectfully submitted,


By:   /s/ Dana J. Finberg

Dana J. Finberg (VSB No. 34977)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
(415) 757-5897
dana.finberg@arentfox.com

Michelle Mancino Marsh (*Pro Hac Vice*)
**ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
(212) 484-3900
michelle.marsh@arentfox.com
paul.maier@arentfox.com

*Counsel for Plaintiff Rothy's, Inc.*


By:   /s/  Joshua F.P. Long

Joshua F.P. Long (VSB No65684
Francis H. Casola (VSB No. 29108)
Charles J. Dickenson (VSB No. 92889)
**WOODS ROGERS PLC**
10 S. Jefferson Street, Suite 1400
Roanoke, VA  24011
casola@woodsrogers.com
cdickens@woodsrogers.com

Nathan A. Evans (VSB No. 46840)
**WOODS ROGERS PLC**
123 East Main St.
Fifth Floor
Charlottesville, VA 22902
Phone: 434-220-6829
Fax: 540-983-7711
nevans@woodsrogers.com

*Counsel for Defendants JKM Technologies,
LLC and Dr. Casey Kerrigan*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2019, a true and correct copy of the forgoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

/s/ Dana J. Finberg
Dana J. Finberg (VSB No. 34977)
**ARENT FOX LLP**