CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 18 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **ROTHY'S, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:18-CV-0067** |
| | ) | |
| **v.** | ) | |
| | ) | **By: Michael F. Urbanski** |
| **JKM TECHNOLGIES, LLC, et al.,** | ) | **Chief United States District Judge** |
| | ) | |
| **Defendants** | ) | |

**ORDER**

The parties have moved for entry of a Consent Decree disposing of all the issues in this case. ECF No. 78. Having reviewed the Consent Decree, the court finds that it is in the interests of justice to enter it and hereby grants the motion and enters the Consent Decree. Accordingly, the motion is **GRANTED**, the Consent Decree is **ENTERED** and this action is **DISMISSED with prejudice** and **STRICKEN from the active docket.**

It is so **ORDERED.**

Entered: 09/18/2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge